1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorney for Plaintiff



FILED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CV-00387-OWW-TAG |
| Plaintiff, | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| 2006 DODGE CREW CAB PICKUP TRUCK, VIN: 1D7HA18266S610029, LICENSE NUMBER: 7Y86727, | |
| Defendant. | |

WHEREAS, a verified complaint of forfeiture has been filed on March 9, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant 2006 Dodge Crew Cab Pickup Truck, VIN: 1D7HA18266S610029, License Number 7Y86727 is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Peter A. Vainauskas, there is probable cause to believe that the defendant vehicle so described above constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

///

1    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern
2 District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant
3 vehicle.
4 Dated: 3/9/2007

DENNIS L. BECK
United States Magistrate Judge