**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cv-0387 OWW TAG |
| ) | |
| Plaintiff, ) | ORDER AFTER SCHEDULING |
| ) | CONFERENCE AND ORDER TO |
| v. ) | SHOW CAUSE RE: CLAIMANT'S |
| ) | FAILURE TO APPEAR |
| 2006 DODGE CREW CAB PICKUP ) | |
| TRUCK, VIN: 1D7HA18266S610029, ) | OSC Hearing Date:  2/25/08 |
| LICENSE NUMBER: 7Y86727, ) | 10:00 Ctrm. 3 |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**I.   Date of Scheduling Conference.**

   **January 18, 2008.**

**II.  Appearances Of Counsel.**

   **Stephanie Hamilton Borchers, Esq., Assistant U.S. Attorney, appeared on behalf of Plaintiff.**

   **There was no appearance on behalf of Defendant.**

   **The claimant, Javier Rosales, did not appear.**

   **For violation of the Court's Scheduling Order and non-appearance at the Scheduling Conference, IT IS ORDERED that Javier Rosales show cause, if any he has, on February 25, 2008, in Courtroom 3 of the above-reference court, at the hour of 10:00 a.m., why his claim should not be dismissed for his failure to**

1  comply with the Court's Orders.

3  IT IS SO ORDERED.

4  Dated:   **January 22, 2008**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE