1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorney for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )    1:07-CV-00387-OWW-TAG
                                        )
12          Plaintiff,                  )
                                        )
13     v.                               )    **ORDER AFTER HEARING ON ORDER TO**
                                        )    **SHOW CAUSE AGAINST**
                                        )    **JAVIER ROSALEZ**
14 2006 DODGE CREW CAB PICKUP           )
   TRUCK, VIN: 1D7HA18266S610029,       )
15 LICENSE NUMBER: 7Y86727,             )
                                        )
16          Defendant.                  )
   _____)

17

18          An Order to Show Cause Re: Claimant Javier Rosalez' Failure to Appear came on for hearing

19 on February 25, 2008, at 10:00 a.m., in Courtroom 3 before District Judge Oliver W. Wanger.

20 Assistant United States Attorney Benjamin Hall appeared on behalf of Plaintiff United States of

21 America.  No appearance was made by or on behalf of Javier Rosalez.  The Court, having heard and

22 considered the arguments of counsel, and good cause appearing therefore,

23          IT IS HEREBY ORDERED THAT:

24          The Clerk of the Court is directed to strike the Claim and Statement of Interest and Answer

25 to Complaint for Forfeiture (Docket Nos. 7 and 8) filed April 9, 2007,  by Javier Rosalez from the

26 Court record in their entirety.

27          The Clerk of Court is directed to strike the Verified Claim and Statement of Interest (Docket

28 No. 22) filed on July 25, 2007, by Javier Rosalez, from the Court  record in its entirety.

1        Pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A)(vi), the Clerk of the Court

2   is directed to enter a judgment by default against Javier Rosalez.

3        The United States shall file a Motion for Default Judgment against all other potential interests

4   and for a final judgment in favor of the United States to all right title and interest in the defendant

5   vehicle within 30 days of the filing of this order.

6

7   Dated: March 12, 2008

                                                    /s/ OLIVER W. WANGER
8                                                   OLIVER W.WANGER
                                                    United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28