# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cv-00387-OWW-TAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFAULT JUDGMENT** |
| vs. | ) | |
| | ) | |
| 2006 Dodge Crew Cab Pickup Truck, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the United States of America and against Javier Rozalez pursuant to the Court's order of March 13, 2008.

Date: March 28, 2008

VICTORIA C. MINOR, Clerk

By:  /s/ Carrie Esteves, Deputy Clerk