# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>2006 DODGE CREW CAB PICKUP TRUCK, VIN: 1D7HA18266S610029, LICENSE NUMBER: 7Y86727<br><br>               Defendant. | Case No. 1:07-cv-00387-OWW-TAG<br><br>Related case: 1:06-cr-00311-OWW-1<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT<br>(Doc. 52)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT A PROPOSED DEFAULT AND FINAL FORFEITURE JUDGMENT |

      Plaintiff United States of America ("Government") is proceeding with a civil forfeiture action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19). Pending before the Court is Plaintiff's April 30, 2008, motion for default judgment against the potential interests of the following individuals in the defendant 2006 Dodge Crew Cab Pickup Truck (the "Defendant vehicle"): Alfredo Yepez, Eduardo Martinez Mendoza, Fernando Garcia Ponce, and Jose Aguilera Gonzales (collectively, the "interested parties"). (Doc. 50). Plaintiff also requests the entry of a final forfeiture judgment *in rem* that vests in the Government all right, title, and interest in the Defendant vehicle. (Id.).

      On May 14, 2008, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for default judgment as to the interested parties be granted and that a final forfeiture judgment vesting in the Government all rights, title, and interest in the Defendant

vehicle be entered. (Doc. 52).  The Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen days of the date of service, i.e., on or before May 30, 2008.  (Id.).  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 52), filed May 14, 2008, are ADOPTED IN FULL; and

2. Plaintiff is ORDERED to submit, within ten days of service of this Order, a proposed default and final forfeiture judgment, consistent with the Findings and Recommendations (Doc. 52) and this Order.

IT IS SO ORDERED.

**Dated:   June 2, 2008**               /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE