```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>2006 DODGE CREW CAB PICKUP TRUCK, VIN: 1D7HA18266S610029, LICENSE NUMBER: 7Y86727,<br><br>    Defendant. | 1:07-CV-00387-OWW-TAG<br><br>DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed April 3, 2008. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge has passed and no timely objections have been filed. An Order Adopting the Magistrate Judge's Findings and Recommendations was filed on June 3, 2008. A Default Judgment against the interest of Javier Rosalez had previously been ordered by the court and was entered on March 28, 2008. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's Motion for Default Judgment, the Order Adopting the Magistrate Judge's Findings and Recommendations, and the files and records of the Court, it is

1

ORDERED AND DECREED:

1. The Court adopts the Magistrate Judge's May 14, 2008 Findings and Recommendations in full.

2. Alfredo Yepez, Eduardo Martinez Mendoza, Fernando Garcia Ponce, and Jose Aguilera Gonzales are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant 2006 Dodge Crew Cab Pickup Truck, VIN: 1D7HA18266S610029, License Number 7Y86727 (hereafter "defendant vehicle").

4. A final judgment is hereby entered, forfeiting all right, title, and interest in the defendant vehicle to the United States of America, to be disposed of according to law, including all right, title, and interest of Javier Rosalez, Alfredo Yepez, Eduardo Martinez Mendoza, Fernando Garcia Ponce, and Jose Aguilera Gonzales.

5. Title to the defendant vehicle shall vest solely in the name of the United States of America.

6. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   June 11, 2008**             **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE